UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GARRICK JONES | CIVIL ACTION |
| VERSUS | NO. 18-4342 |
| ST. CHARLES PARISH SHERIFF'S OFFICE ET AL. | SECTION "R" (1) |

# **ORDER**

Plaintiff Garrick Jones filed this *pro se* complaint under 42 U.S.C. § 1983.[1] Having reviewed *de novo* the complaint, the record, the applicable law, and the Magistrate Judge's unopposed Report and Recommendation,[2] the Court hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

For the reasons explained by the Magistrate Judge, plaintiff's complaint is frivolous and fails to state a claim upon which relief may be granted. Accordingly, plaintiff's complaint is DISMISSED WITH PREJUDICE under 28 U.S.C. § 1915(e)(2) and 28 U.S.C. § 1915A(b).

New Orleans, Louisiana, this __9th__ day of November, 2018.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 3.
[2] R. Doc. 8.